# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARRYL CORNELIUS DANIELS,**

    **Plaintiff,**

v.                                                Case No. 4:22-cv-48-AW-MJF

**PONDER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 20, 2022 Report and Recommendation. ECF No. 9. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

    1.    The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order.

    2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to follow a court order."

    3.    The clerk will close the file.

SO ORDERED on May 25, 2022.

                                                        s/ *Allen Winsor*
                                                        United States District Judge